IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

**JAMES EDWARD HERZOG, JR.,**

    **Plaintiff,**

v.                                      Case No.: 1:24-cv-11

**HR BRISTOL, L.L.C., HR BRISTOL
MANAGER, LLC, and LESLIE FINNEGAN,**

    **Defendants.**

## STIPULATION OF FACTS

Plaintiff and Defendants HR Bristol, L.L.C. and HR Bristol Manager, LLC (collectively "HR Bristol") hereby stipulate and agree to the following facts for the purposes of this litigation:

1. HR Bristol has informed Plaintiff that Defendant is a non-operating holding company without employees, and it had nothing to do with the allegations stated in Plaintiff's Complaint. HR Bristol states that this is true despite the fact that HR Bristol, L.L.C. is the entity listed on Plaintiff's W-2. HR Bristol has informed Plaintiff that Defendant HR Bristol, L.L.C. did not employ Plaintiff nor any decisionmaker or relevant actor to any of Plaintiff's claims in his Complaint (either itself, jointly with any affiliate or with any other party), was not a joint employer, integrated employer, and/or apparent agent, as defined by the law, with respect to Plaintiff and with respect to all other Defendants, and is otherwise not liable for the claims made in Plaintiff's Complaint.

2. HR Bristol has represented to Plaintiff that the entity that employs individuals at the Bristol Casino: The Future Home of Hard Rock in Bristol, Virginia, including all management and human resources that manage those individuals, at issue in this matter is HR Bristol Manager,

LLC. HR Bristol agrees that this is true regardless of which entity is reflected on those individuals' W-2s.

3. HR Bristol has represented that if any verdict is rendered in favor of Plaintiff in this matter against Plaintiff's employer, the proper employer for such judgment to be rendered against is HR Bristol Manager, LLC.

4. HR Bristol Manager, LLC further represents that it has sufficient assets to satisfy any such judgement or settlement in this matter.

5. HR Bristol further represents that HR Bristol Manager, LLC will not claim at trial that some other entity, including HR Bristol, L.L.C., is the proper Defendant, not HR Bristol Manager, LLC.

6. Based on these representations by HR Bristol, Plaintiff and Defendants HR Bristol, L.L.C. and HR Bristol Manager, LLC. stipulate and agree that Plaintiff will dismiss without prejudice Defendant HR Bristol, L.L.C.

*Brittany M. Haddox*

Brittany M. Haddox, Esq. (VSB # 86416)
brittany@strelkalaw.com
Monica L. Mroz, Esq. (VSB # 65766)
monica@strelkalaw.com
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: 540-283-0802
*Counsel for Plaintiff*

/s/ R. Andrew Hutchinson

R. Andrew Hutchinson, VA Bar No. 94039
Catherine A. Karczmarczyk, VA Bar No. 89311
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Phone: (423) 928-0181
Fax: (423) 928-5694
dhutchinson@bakerdonelson.com
ckarczmarczyk@bakerdonelson.com
*Attorneys for HR Bristol Manager, LLC
and HR Bristol, L.L.C*

3